**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Daniel Hernandez                                  Case No.: 25-18579-LMI
                                                           Chapter 13

_____Debtor_____/

**DEBTOR'S NOTICE OF SELECTION OF MORTGAGE MODIFICATION MEDIATOR**

    Pursuant to the Mortgage Modification Mediation (MMM) procedures adopted under Administrative Order 14-03, this Notice is filed by the Debtor to notify the court on the status of the selection of mediator in the above referenced case.

☒   1.   The parties agree to and select the following Mediator:

Anthony Alexander Roca "Tony"
Name of Mediator
The Roca Law Firm
COMPANY
6303 Blue Lagoon Dr Ste 400
Address
Miami, FL 33126-6040
City, State, Zip Code
(305) 771-3529
Telephone
email: tony@rocalaw.com

☐   2.   The Lender, _____, failed to contact the Debtor within the time prescribed in the order of referral, and has therefore waived the right to participate in the mediator selection process. The Debtor has selected the following Mediator:

_____
Name of Mediator
_____
COMPANY
_____
City, State, Zip Code
_____
Telephone
email:_____

☐   3.   The parties have conferred but are unable to agree upon the

MMM-LF-11  (08/01/14)

selection of a mediator, and Debtor requests that the clerk select a mediator from the clerk's Mediation Register.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Selection of Mortgage Modification Mediator was served by U.S. first class mail upon the parties listed below on <u>October 29, 2025</u>.

Respectfully Submitted By:
**Jose A. Blanco, P.A.**
<u>/s/ Jose A. Blanco</u> | FBN:#062449
102 E 49th ST
Hialeah, FL 33013
Tel.:   (305) 349-3463
Fax:   (786) 567-5057
Email: jose@blancopa.com

Copies to:
Lender <u>U.S. Bank Trust Company N.A. / Nationstar / Mr. Cooper</u> and address: 350 Highland, Houston, TX 77067
NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019
NATIONSTAR MORTGAGE LLC PO Box 619081, Dallas, TX 75261-9741
U.S. Bank, N.A., 800 Nicollet Mall, Minneapolis, MN 55402
CARRINGTON MORTGAGE SERVICES, LLC, 1600 S Douglass Road, STE 200-A & STE 110, Anaheim, CA 92806
Lender's counsel (if you already know who Lender's counsel is) Ida Moghimi Kian, Esq.
Any co borrower, or additional party named in 2 b. of this motion by U.S. Mail or email