UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Daniel Hernandez                                                   Case No.: 25-18579-LMI
                                                                            Chapter 13

_____Debtor_____/

### NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY AND CERTIFICATE OF SERVICE

**COMES NOW,** the Debtor, Daniel Hernandez, by and through the undersigned counsel and files this Notice of Voluntary Dismissal and states as follows:

1.    On or about July 28, 2025, the Debtor filed a Voluntary Petition for Bankruptcy relief under Chapter 13.

2.    Per 11 U.S.C. § 1307(b), the Debtor has an absolute right to dismiss this Chapter 13 case as this case has not been converted under 11 U.S.C. § 706, 1112, or 1208.

3.    At this time, the Debtor no longer wishes to proceed with this case and wishes to voluntarily dismiss the Chapter 13 Bankruptcy.

Dated: May 11, 2026
Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463